# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Apex Material Handling Corp of IL | 11/30/2022 | Wire | $ 439.94 |
| Akorn Operating Company, LLC | Apex Material Handling Corp of IL | 1/20/2023 | Wire | $ 13,900.40 |
| Akorn Operating Company, LLC | Apex Material Handling Corp of IL | 2/1/2023 | Wire | $ 1,488.48 |
| | | | | $ 15,828.82 |