# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

Akorn Holding Company LLC
    Debtor

Bankruptcy Case No.: 23−10253−KBO

Bankruptcy Chapter: 7

_____

George Miller, Chapter 7 Trustee of the bankruptcy
estates of Akorn Holding Company, LLC, et al.

    Plaintiff

    vs.

APEX MATERIAL HANDLING CORP. OF IL

    Defendant(s)

Adv. Proc. No.: 25−50295−KBO

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Defendant's Name: APEX MATERIAL HANDLING CORP. OF IL

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 8/28/25

By: Shaheed R. Austin Jr. Deputy Clerk

(VAN−431)

United States Bankruptcy Court
District of Delaware

Miller, Chapter 7 Trustee of the bankrup,
    Plaintiff                                               Adv. Proc. No. 25-50295-KBO

Apex Material Handling Corp. of IL,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0311-1                             User: admin                             Page 1 of 1
Date Rcvd: Aug 28, 2025                  Form ID: van431                        Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Apex Material Handling Corp. of IL |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Evan T. Miller | |
| | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com |
| Michelle G. Novick | |
| | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. michelle.novick@saul.com |
| Paige Noelle Topper | |
| | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. paige.topper@saul.com, cassandra.joyner@saul.com |
| Steven C. Reingold | |
| | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. steven.reingold@saul.com, michele.urann@saul.com |
| Turner Falk | |
| | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. turner.falk@saul.com, tnfalk@recap.email |

TOTAL: 5