**Exhibit A**

**Schedule of Settlements Subject to Notice of Settlement Provisions**

Case 25-50295-KBO    Doc 15-1    Filed 12/19/25    Page 1 of 3

| Schedule of Settlements Subject to Notice of Settlement Provisions | | | | |
|---|---|---|---|---|
| **Name** | **Gross Amount Demanded** | **Settlement Amount[1]** | **Adversary Number** | **Asserted Defenses/ Settlement Summary[2]** |
| Alku | $40,920.00 | $30,217.50 | 25-50231 | Settlement is at least 74% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Apex Material Handling Corp. of IL | $15,828.82 | $10,000.00 | 25-50295 | Settlement is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Blue Mountain Quality Resources | $179,030.00 | $72,500.00 | 25-50108 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Chicago Infill Industrial Properties LP | $99,843.99 | $65,000.00 | 25-50116 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Cozzoli Machine Company | $14,661.89 | $4,000.00 | 25-50306 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Direct Energy Business Marketing LLC | $71,128.21 | $5,000.00 | 25-50132 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Elm Freight Handlers Inc. | $33,013.50 | $12,500.00 | 25-50084 | Settlement is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Kraft Chemical Company | $10,890.50 | $6,000.00 | 25-50285 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Johnson Controls Fire Protection LP | $22,954.74 | $8,000.00 | 25-50257 | Settlement amount is at 84% of the estimated net preference liability after accounting for defenses under 547(c)(2). |
| Johnson Controls Security Solutions | $30,979.86 | $12,000.00 | 25-50259 | Settlement amount is at 80% of the estimated net preference liability after accounting for defenses under 547(c)(2). |
| Moody's Investors Service | $81,000.00 | $42,500.00 | 25-50173 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

| | | | | |
|---|---|---|---|---|
| Package Development Company, Inc. | $218,676.42 | $60,000.00[3] | 25-50143 | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Ricoh IT Services fka Mindshift Technologies, Inc. | $24,427.77 | $4,000.00 | 25-50195 | Settlement amount is approximately 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| RX Sourcing | $37,872.27 | $25,000.00 | 25-50199 | Settlement amount is approximately 66% of the preference liability. |
| Sigma Aldrich | $49,584.22 | $20,000.00 | 25-50117 | Settlement amount is approximately 81% of the estimated net preference liability after accounting for defenses under 547(c)(2) |
| International Paper Company dba Spacekraft | $14,519.04 | $6,103.48 | 25-50358 | Settlement amount is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Thermo Electron NA | $18,281.34 | $2,500.00 | 25-50319 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Video Jet Technologies Inc. | $33,069.47 | $1,750.00 | 25-50223 | Settlement amount is at least 72% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| VWR International | $193,840.72 | $35,000.00 | 25-50217 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Waters Technologies Corp | $50,634.88 | $3,500.00 | 25-50219 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[2] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[3] The settlement with Package Development Company, Inc. ("PDC"), requires PDC to pay the Settlement Amount in equal monthly installments of $10,000 for a six-month period. If PDC does not timely pay any part of the Settlement Amount, then, among other things, (i) PDC forfeits any payments made toward the Settlement Amount and (ii) the remaining balance of the Settlement Amount shall be immediately due and owing.